IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETER OYIBO,

    Plaintiff,

v.  CASE NO. 1:07-cv-00194-MP-AK

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
NATIONAL HOUSING PARTNERSHIP,
NHP MANAGEMENT COMPANY,
NHPMN MANAGEMENT LLC,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 4, Motion to Reassign Case and Notice of Pendency of Other or Prior Similar Actions. Additionally, a motion to proceed in forma pauperis is pending at doc. 3. Previously, the Court indicated that it would address the motion at doc. 4 fourteen days after service of the complaint, in order to give the defendants a chance to respond to doc. 4. The Court concludes now, however, that judicial efficiency is best served by reassigning the case at this time without response from the defendants. Additionally, the Court has reviewed the affidavit of Mr. Oyibo and concludes that in forma pauperis status should be granted in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to reassign (doc. 4) and the motion to proceed in forma pauperis (doc. 3) are granted.

**DONE AND ORDERED** this <u>25th</u> day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge