IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETER OYIBO,

    Plaintiff,

v.                          Case No. 1:07-cv-194-SPM-AK

NATIONAL HOUSING PARTNERSHIP,
As general partner of KENNEDY
HOMES LIMITED PARTNERSHIP,
NHP MANAGEMENT COMPANY,
NHPMN MANAGEMENT LLC, and
APARTMENT INVESTMENT
AND MANAGEMENT COMPANY,

    Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to the "Plaintiff's Notice of Voluntary Dismissal" (doc. 27), Defendants' response (doc. 28), and Federal Civil Procedure Rule 41, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    This action is *dismissed without prejudice.*

2.    All pending motions are denied as moot.

**DONE AND ORDERED** this fourth day of April, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge